# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. |
| MUHAMED MUBAYYID, ) | 05-40026-FDS |
| EMADEDDIN Z. MUNTASSER, and ) | |
| SAMIR AL-MONLA a/k/a ) | |
| SAMIR ALMONLA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER ON DEFENDANTS' MOTION FOR WRITTEN JUROR QUESTIONNAIRE REGARDING RELIGION AND NATIONAL ORIGIN

**SAYLOR, J.**

For the reasons stated in open court, the motion to submit a brief written questionnaire to prospective jurors in this matter concerning issues of religion, ethnicity, and national origin is GRANTED. A questionnaire in the form attached hereto will be given to all prospective jurors in this case.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 8, 2007

Juror Number _____

General Instructions for Completing Questionnaire

This questionnaire is being used to assist in jury selection in the case of *United States of America v. Muhamed Mubayyid, Emadeddin Z. Muntasser and Samir Al-Monla*. Mr. Mubayyid, Mr. Muntasser and Mr. Al-Monla are all Muslims. Mr. Mubayyid was born in Lebanon; Mr. Muntasser was born in Libya; Mr. Al-Monla was born in Kuwait and is a U.S. citizen. All are of Arab ancestry. They are charged with making false statements to the government, making false statements on tax returns, and conspiring to commit tax fraud.

Please answer the questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

1. Mr. Mubayyid, Mr. Muntasser and Mr. Al-Monla are Muslims. Is there anything about their religion that would affect you if you were to serve as a juror in this case?

   _____ Yes   _____ No

   If your answer is "Yes," please explain. _____

   _____

   _____

   _____

2.   Mr. Mubayyid was born in Lebanon; Mr. Muntasser was born in Libya; and Mr. Al-Monla was born in Kuwait.  All are of Arab ancestry.  Is there anything about their ethnicity or national origin that would affect you if you were to serve as a juror in this case?

_____ Yes   _____ No

If your answer is "Yes," please explain. _____

_____

_____

_____